IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LINDY WARD, | ) | |
| | ) | Cause No.: 4:17-cv-00738 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIDWEST IMAGING CENTER, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

COMES NOW Plaintiff Lindy Ward, by and through her attorneys, and gives notice that the parties have reached a settlement in this case.  Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Respectfully submitted,

**NEWTON BARTH, L.L.P.**

By:    <u>/s/</u> *Brandy B. Barth*
Brandy B. Barth, 56668MO
555 Washington Ave., Suite 420
St. Louis, Missouri 63101
(314) 272-4490 – Telephone
(314) 762-6710 – Facsimile
bbarth@newtonbarth.com

<u>**CERTIFICATE OF SERVCIE**</u>

I hereby certify that on the 18th day of April, 2017, the above and foregoing was filed with the court and served upon all counsel of record using the court's CM/ECF electronic filing system.

/s/ *Brandy B. Barth*